MARCH 1, 1994

No. 93–1088. TUCKER GUN SPECIALTY, INC. v. BUREAU OF ALCOHOL, TOBACCO AND FIREARMS ET AL. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.

MARCH 7, 1994

No. ———. B. S. ET AL. v. DISTRICT OF COLUMBIA ET AL.; and

No. ———. MORAN v. PENNSYLVANIA. Motions for leave to proceed *in forma pauperis* without affidavits of indigency executed by petitioners granted.

No. D–1355. IN RE DISBARMENT OF COHEN. Allen C. Cohen, of New York, N. Y., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on January 18, 1994 [*ante*, p. 1070], is hereby discharged.

No. D–1371. IN RE DISBARMENT OF MCGRATH. It is ordered that John Martin McGrath, of Merrillville, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 105, Orig. KANSAS v. COLORADO. Motion of the Special Master for award of interim fees and reimbursement of expenses for the period March 1, 1993, through February 7, 1994, granted, and the Special Master is awarded a total of $202,934.15 to be paid as follows: 40% by Kansas, 40% by Colorado, and 20% by the United States. [For earlier order herein, see, *e. g.*, 507 U. S. 1049.]